United States District Court
Southern District of Indiana
Indianapolis Division

Byron Harris Jr
   Plaintiff

V.

Megan Sommer
Alexzander Hoenig
L Manson
Jamie Downs
   Defendant

1:22-cv-01959-SEB-MPB

## Complaint

1. This is a civil action authorized by 42 U.S.C. 1983 to redress the deprivation of Rights under color of state law secured by the United Constitution of the United States. This Court has Jurisdiction under 28 U.S.C. section 1331 and 1343 (A)(3) Plaintiff Byron Harris Jr seek declaratory relief pursuant to 28 U.S.C Section 2201 and ~~22202~~ 2202 plaintiff Claim seek Injunctive Relief Authorize by 28 U.S.C Section 2283 and rule 65 of the federal Rules of civil procedure

2. The Southern District of Indiana is an appropriate venue under 28 U.S.C Section 1391 (B)(2) Because it is were the events giving rise to those Claims took place

## II. Plaintiff

3. Plaintiff, Byron Harris Jr is and was at all times mentioned ~~herein~~ herein a prisoner of the state of Indiana in the custody of the Indiana department of correction he is currently confined in Pendleton correctional facility

(1)

## VI. Legal Claims

7. Plaintiff realleges and Incorporates by Reference Paragraphs 1-7.

8. The actions of these officers violated plaintiffs 8th Amendment Right to the United States Constitution.

## VII. Prayer for Relief

9. Wherefore, Plaintiff respectifully prays that this court enter Judgement granting plaintiff monetary damages and a transfer

10. A declaration that each of the acts and omissions described herein violated plaintiff rights under constitution and laws of the United States

11. A preliminary and permanet Injunction ordering defendants to stay away from Plaintiff so he wont be assulted or harrassed anymore / or threaten and a transfer

12. Compensatory Damages 1,000,000

13. Punitive Damages 1,000,000

14. A Jury Trial on all Issues Triavlable by court

15. Plaintiff cost in this suit

(4)

A couple of minutes later Officer Sommer walked back on the range came back to my cell to assure me not to "snitch" to no one. That night I reported a staff assult to officers I was ignored. The next day 8-17-2022 I reported a staff assult to Counsolr ~~Goodnight~~ (Goodnight) he emailed the warden and let him know what happen. The crews that worked on 8-15-2022/8-16-2022 didn't work on 8-17-2022 - 8-18-2022 They came back to work on 8-19-2022 And Between the times of 4pm and 5pm Officer Koenig Was passing out Ice he stopped at my door and told me "not to tell anyone about the situation because they could be in Big trouble for what happened. After I told him I would not say anything he left my cell then about 10 to 15 minutes later officer Downs came to my door to tell me "not to say anything to anyone Because it could end badly for all of us" The next day on 8-20-2022 at 10:12 am officer Downs stopped to talk to me and said "I shouldn't say anything to anybody and Don't tell my Family" At 4:02pm 8-20-2022 she came back to my cell and stated Don't snitch to anyone and everything will be okay on 8-20-22 At 5:16 officer Downs came back to my cell to "Beg me not to say anything because Koenig and Sommers were her friend she said she didn't want them to be fired" They waited till 8-21-2022 7:45pm to take me to medical to get medical attention. Plaintiff is not sure if officers names are spelled right.

## V. Exhaustion of legal Remedies

6. Plaintiff ~~~~ Did use the grievance process to exhaust his claim.

(3)

# III. Defendants(s)

4. Defendants Megan Sommer, Alexzander Hoenig, Jamie Downs, I Manson is a correctional officer employed by the Indiana department of correction

(A)
5. Megan Sommers was the officer who used excessive force

# IV. Facts

5. On 8-16-2022 I asked officer Hoenig for a grievance he asked me why I told him it wasnt his business and he walked away then Between the times of 4pm and 5pm officer Hoenig and Sommers were doing a walk on Range 1D officer Hoenig stopped at my door officer Sommer kept walking officer Hoenig stated "he wanted to fight me and not to be scared" Also that "he would let my door open And come In" Officer Sommer finished her walk and came back up the Range she asked officer Hoenig "were they about to beat my ass" officer Hoenig stated "yes" And gave Officer I. Manson the signal to roll my door over the Radio officer Hoenig Removed his O.C spray from his holster and put it in his front vest pocket my door came open And officer Hoenig stated "I would have to come out my Room if I wanted to fight" I stated "I will not be coming out my Room And I Didnt want to fight" I stepped away from the door to show the officers I wasnt a threat Officer Sommer stated "since I wasnt coming out of my Room she was coming In" After entering my Room officer Sommer kicked me in the genitials and punched me in my face and called me a "pussy" before exiting my Room officer Hoenig laughed and said I was a Bitch because I let a girl beat my ass. After leaving the Range officer Sommer went to the Back cat walk were my tv was plugged in at she unplugged my tv and made me promise I wouldnt to tell Nobody about the situation.

16. Any Additional Relief this court deems Just proper and equitable.

Date 9/29/@2022

Respectfully
Byron Harris Jr

Byron Harris Jr #277030
4490 W. Reformatory RD
Pendleton, IN 46064

## Verification

I have read the foregoing complaint and hereby verify that the matters alleged herein are true, except as to matters alleged on Information and belief, and as to those, I believe them to be True. I certify under penalty of perjury that the foregoing is true and correct

Executed at Pendleton, Indiana on 9/29/2022

Byron Harris Jr